IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN DOE,

    *Plaintiff*,

v.      Case No.: 4:23cv321-MW/MAF

MARK GLASS, Commissioner,
Florida Department of Law
Enforcement,

    *Defendant.*
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 16. The Magistrate Judge recommends dismissal for failure to prosecute and failure to comply with Court Orders. The Magistrate Judge gave Plaintiff additional time to file objections, but none have been filed as of the date of this Order. This Court has independently verified that neither the Magistrate Judge's report and recommendation nor his Order granting an extension to file objections have been returned as undeliverable. Accordingly, upon

consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 16, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** for failure to prosecute and failure to comply with Court Orders." The Clerk shall close the file.

**SO ORDERED on February 20, 2024.**

s/Mark E. Walker<br>
**Chief United States District Judge**